**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:08CR201-W**

**UNITED STATES OF AMERICA,**

    **v.**

                                  **ORDER**

**$40,293.00 (U.S. CURRENCY)**
**CHERYL ANN REID,**
                **Defendant.**

      **THIS MATTER** is before the Court upon the Defendant's "Motion To Stay Civil Forfeiture Initiated By The U.S. Customs and Border Protection Under Case #200815120001-01 Pending Outcome of Criminal Proceeding" (document #8) filed September 26, 2008. **FOR THE REASONS STATED**, a **TEMPORARY STAY** will be **GRANTED** to allow counsel for the parties to attempt to reach an agreement and, if an agreement is <u>not</u> reached, to brief the instant Motion.

      Any deadlines for filing a claim in the civil proceeding are likewise **STAYED**.

      The Clerk is directed to send copies of this Order to Assistant U.S. Attorney William Brafford and Assistant Federal Defender Kevin Tate.

      **SO ORDERED.**

                        Signed: September 30, 2008

                        *Carl Horn, III*

                        Carl Horn, III
                        United States Magistrate Judge